UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HOMER E. HOSKINS, | ) |
| Plaintiff, | ) |
| vs. | ) 1:15-cv-00301-SEB-TAB |
| CIRCLE CITY MALL, | ) |
| Defendant. | ) |

**Entry Discussing Request to Proceed on Appeal *In Forma Pauperis***

The plaintiff seeks leave to proceed on appeal without prepayment of the appellate fees of $505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*.

There is no objectively reasonable argument the plaintiff could present to argue that the disposition of this action was erroneous. In pursuing an appeal, therefore, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* [dkt 7] is **denied.**

The Court notes that the plaintiff has consistently failed to provide a valid address to the Court, so this Entry and Judgment will not be placed in the mail. *See* No. 1:15-cv-304-RLY-DKL (March 4, 2015). As he often does, he may pick up a copy of this Entry in the Clerk's Office,

Room 105 of the United States District Court for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN 46204.

**IT IS SO ORDERED.**

03/06/2015

*[signature: Sarah Evans Barker]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Homer E. Hoskins, For Pick Up In Clerk's Office, Room 105 Courthouse

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**